218 So.2d 903

**STATE of Louisiana**

**v.**

**James L. GEHEGAN and Dudley J. HARRELL.**

**No. 49699.**

Feb. 24, 1969.

In re: Dudley J. Harrell and James L. Gehegan applying for writ of mandamus.

Application denied. There is no showing made to warrant the exercise of our supervisory jurisdiction.

218 So.2d 904

**Ted KOGOS**

**v.**

**Louis J. RITTINER and Joseph W. Nelkin.**

**No. 49703.**

Feb. 24, 1969.

In re: Louis J. Rittiner applying for writs of certiorari, mandamus and prohibition.

Writs refused. Applicant has an adequate remedy by appeal.

HAMLIN, J., is of the view that, because of the exceptional circumstances involved, and the showing made, the trial judge should be ordered to file a return or answer to the application. He therefore dissents at this time.